# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ESTATE OF ROSEMARIE WOLFE,** Through its Personal Representative
**ROBERT MAASS, ESQ.,**
Appellant,

v.

**224 VIA MARILA, LLC,**
Appellee.

No. 4D22-88

[September 7, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2020-CA-005294-XXXX-MB.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, PA, West Palm Beach, for appellant.

Scott G. Hawkins, Roberto M. Vargas and Brett T. Lashley of Jones Foster P.A., West Palm Beach, for appellee.

## CONFESSION OF ERROR

PER CURIAM.

The appellant challenges the order awarding attorneys' fees. We accept the appellee's confession of error and reverse. *See The Waterview Towers Condo. Ass'n, Inc. v. City of West Palm Beach*, 238 So. 3d 846, 846 (Fla. 4th DCA 2018) ("An award of attorney's fees and costs predicated on a reversal or vacated final judgment must also be reversed.").

*Reversed.*

GROSS, MAY and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***